```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x
UNITED STATES OF AMERICA,            :

            Plaintiff,               :    ARREST WARRANT IN REM

         - v. -                      :    13 Civ. 3565 (RA) DLC

WM-CENTER.COM;                       :
E-NAIRA.COM;
ECARDONE.COM;                        :
EBUYGOLD.COM;
GETEMONEY.COM;                       :
EPAYMONSTER.COM;
INSTANTGOLDNG.COM;                   :
JTGOLD.COM;
GOLDNAIRAEXCHANGE.COM;               :
SUPERCHANGE.RU;
WEBMONEY.CO.NZ;                      :
M-GOLD.COM;
GOLDMEDIATOR.COM;                    :
ABSOLUTEXCHANGE.EU;
MEWAHGOLD.COM;                       :
CENTREGOLD.CA;
ELECTRUMX.COM;                       :
TUKARDUID.COM;
ENTELNOVA.COM;                       :
TACOAUTHORIZED.COM;
INTEXCHANGE.COM;                     :
UKRNETMONEY.COM;
WMIRK.COM;                           :
NIGERIAGOLDEXCHANGER.COM;
EDEALSPOT.COM;                       :
DUYDUYCHANGER.COM;
MAGNETIC-EXCHANGE.COM;               :
MONEYEXCHANGE.VN;
ABC-EX.NET;                          :
MI-BILLETERA.COM;
NICCIEXCHANGE.COM;                   :
EXHERE.COM;
ALERTEXCHANGER.COM;                  :
VELAEXCHANGE.COM;
ABC-EX.NET;                          :
GOLDEXPAY.COM;
                                     :
            Defendants in rem.
- - - - - - - - - - - - - - - - - -x
```

TO:     ANY DESIGNATED OFFICER OF THE UNITED STATES SECRET
        SERVICE AND/OR ANY LAW ENFORCEMENT OFFICER AUTHORIZED
        BY LAW

WHEREAS, on May 28, 2013, the United States filed a complaint, verified by Special Agent Tate Jarrow of the United States Secret Service, alleging that the property described below is subject to civil forfeiture pursuant to 18 U.S.C. § 981(a)(1)(A) as property involved in a money laundering conspiracy in violation of Title 18, United States Code, Section 1956(h).

WHEREAS, the Court has reviewed the verified complaint and finds, in accordance with Rule G(3)(b)(ii) of the Supplemental Rules for Certain Admiralty or Maritime Claims and Asset Forfeiture Actions (the "Supplemental Rules"), that (1) the Court has jurisdiction to issue this warrant pursuant to 28 U.S.C. §§ 1355(a), 1355(b)(1)(A) and 1355(d); and (2) the verified complaint alleges probable cause that the property described below is subject to seizure and forfeiture pursuant to 18 U.S.C. § 981(a)(1)(A).

YOU ARE HEREBY COMMANDED AND AUTHORIZED to seize the property described below within sixty (60) days of the date of issuance of this warrant *in rem* the following internet domain name: SUPERCHANGE.RU (the "SUBJECT DOMAIN NAME").

The SUBJECT DOMAIN NAME's registry, The Technical Center of Internet, JSC (TCI), 123242, Moscow, Zoologicheskaya str., 8, Russia, shall be directed to comply with all terms of this warrant by locking and seizing the SUBJECT DOMAIN NAME pursuant to the conditions set out in Exhibit A hereto pending further order of the Court.

The United States Secret Service or its designee is directed to maintain custody of the property pending resolution of the forfeiture action.

YOU ARE FURTHER COMMANDED AND AUTHORIZED to prepare a written inventory of the property seized and promptly return this warrant and inventory before this Court as required by law.

Dated:   New York, New York
         May 31, 2013

                                  SO ORDERED:

                                  _____
                                  THE HONORABLE RONNIE ABRAMS
                                  UNITED STATES DISTRICT JUDGE
                                  SOUTHERN DISTRICT OF NEW YORK

**EXHIBIT A**

I. <u>Seizure Procedure</u>

A.      The arrest warrant *in rem* will be presented in person or transmitted via facsimile or email to personnel of the domain name registry listed in section II (the "Subject Registry"). The Subject Registry will be directed, for the domain name listed in section III (the "Subject Domain Name") for which it serves as the top-level domain registry, to make any changes necessary to restrain and lock the Subject Domain Name pending transfer of all rights, title, and interest in the Subject Domain Name to the United States upon completion of forfeiture proceedings.

B.      Upon seizure of the Subject Domain Name, the Subject Registry shall change the Subject Domain Name to the following new authoritative nameservers:

ns1.sinkhole.shadowserver.org (IP address 74.208.64.145)
ns2.sinkhole.shadowserver.org (IP address 74.208.15.160)

The Government will display a notice on website(s) hosted on server(s) assigned IP address(es) to which the nameservers identified above will resolve the Subject Domain Name, consisting of law enforcement emblems and the following text (or substantially similar text):

> This domain name has been seized by the United States Global Illicit Financial Team, in accordance with a seizure warrant obtained by the United States Attorney's Office for the Southern District of New York and issued pursuant to 18 U.S.C. § 982(a)(1) by the United States District Court for the Southern District of New York.

C.      The Subject Registry is directed to take all steps necessary to lock the Subject Domain Name at the registry level to ensure that changes to the Subject Domain Name cannot be made absent court order or, if forfeited to the United States, without prior consultation with the U.S. Secret Service.

II. <u>Subject Registry</u>

    The Technical Center of Internet JSC (TCI)
    123242 Moscow
    Zoologicheskaya str., 8
    Russia

III. <u>Subject Domain Name</u>

    SUPERCHANGE.RU