```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -x
UNITED STATES OF AMERICA,            :

                Plaintiff,           :   STIPULATION AND ORDER

         - v. -                      :
                                         13 Civ. 3565 (DLC)
THE FOLLOWING DOMAIN NAMES:          :

WM-CENTER.COM; E-NAIRA.COM;          :
ECARDONE.COM; EBUYGOLD.COM;
GETEMONEY.COM; EPAYMONSTER.COM;      :
INSTANTGOLDNG.COM; JTGOLD.COM;
GOLDNAIRAEXCHANGE.COM;               :
SUPERCHANGE.RU; WEBMONEY.CO.NZ;
M-GOLD.COM; GOLDMEDIATOR.COM;        :
ABSOLUTEXCHANGE.EU; MEWAHGOLD.COM;
CENTREGOLD.CA; ELECTRUMX.COM;        :
TUKARDUID.COM; ENTELNOVA.COM;
TACOAUTHORIZED.COM;                  :
INTEXCHANGE.COM; UKRNETMONEY.COM;
WMIRK.COM;                           :
NIGERIAGOLDEXCHANGER.COM;
EDEALSPOT.COM; DUYDUYCHANGER.COM;    :
MAGNETIC-EXCHANGE.COM;
MONEYEXCHANGE.VN; ABC-EX.NET;        :
MI-BILLETERA.COM;
NICCIEXCHANGE.COM; EXHERE.COM;       :
ALERTEXCHANGER.COM;
VELAEXCHANGE.COM; GOLDEXPAY.COM;     :

                Defendants-in-rem.   :

- - - - - - - - - - - - - - - - - - -x
```

12/18/2013

WHEREAS, on or about May 28, 2013, a verified complaint, 13 Civ. 3565 (DLC) (the "Complaint"), was filed in the United States District Court for the Southern District of New York seeking the forfeiture of certain domain names, pursuant to Title 18, United States Code, Section 981(a)(1)(A), including, inter alia, the domain name MI-BILLETERA.COM;

1

WHEREAS, on or about June 18, 2013, the United States provided notice of the filing of the Complaint;

WHEREAS, on or about August 16, 2013, this court signed a Stipulation and Order extending the deadline for Mi-Billetera.Com Holding SA to file a claim until October 18, 2013, and the date for Mi-Billetera.Com Holding SA to answer or otherwise respond to the Complaint, after filing a claim, until November 8, 2013;

WHEREAS, on or about October 21, 2013, this court signed a Stipulation and Order extending the deadline for Mi-Billetera.Com Holding SA to file a claim until November 18, 2013, and the date for Mi-Billetera.Com Holding SA to answer or otherwise respond to the Complaint, after filing a claim, until December 9, 2013;

WHEREAS, on or about November 8, 2013, this court signed a Stipulation and Order extending the deadline for Mi-Billetera.Com Holding SA to file a claim until December 18, 2013, and the date for Mi-Billetera.Com Holding SA to answer or otherwise respond to the Complaint, after filing a claim, until January 8, 2013;

WHEREAS, Mi-Billetera.Com Holding SA has requested additional time to file a claim and answer or otherwise respond to the Complaint;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the United States of America, by its attorney Preet Bharara, United States Attorney for the Southern District of New York, Christine I. Magdo, Assistant United States Attorney, of counsel, and Mi-Billetera.Com Holding SA, by its attorney, Michael A. Freeman, that:

    1.  Mi-Billetera.Com Holding SA shall have until February 18, 2014, to file a claim in this matter with the Clerk of the Court pursuant to Rule G of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.

    2.  Should Mi-Billetera.Com Holding SA file a claim by February 18, 2014, Mi-Billetera.Com Holding SA shall have until March 8, 2014, to answer or otherwise respond to the Complaint.

    3.  This Order is without prejudice to any rights, remedies, claims, or defenses of any of the parties hereto.

    4.  The signature pages of this Stipulation and Order may be executed in one or more counterparts, each of which will be deemed an original but all of which together will constitute one and the same instrument.  Signature pages may be by fax or PDF and such signatures shall be deemed as valid originals.

So ordered.

*[signature]*
Dec. 18, 2013

AGREED AND CONSENTED TO:

PREET BHARARA
United States Attorney
Southern District of New York

By: _____          12/17/13
Christine I. Magdo                          DATE
Assistant United States Attorney
One St. Andrew's Plaza
New York, New York 10007
(212) 637-2297


Mi-Billetera.Com Holding SA

By: _____          12/17/13
Michael A. Freeman, Esq. (MF-9668)          DATE
Greenberg Freeman LLP
110 East 59th Street, 22nd Floor
New York, NY  10022
(212) 838-3121
Counsel for Mi-Billetera.Com Holding SA


SO ORDERED:


_____              _____
HONORABLE DENISE L. COTE                    DATE
UNITED STATES DISTRICT JUDGE